M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2007 NOV 16 A 10: 42

Christopher Daniel Gay )
Full name and prison name of
Plaintiff(s)

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

v.                              )   CIVIL ACTION NO. 2:07 CV 1012 - MHT
                                )   (To be supplied by Clerk of U.S. District
MR. Windom McGhee               )   Court)
MR. Levan Thomas                )
MR. James H. Deloach            )
MRS. Tracy Dunnican             )
~~                          ~~  )
~~                          ~~  )
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☐    NO ☑

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff (s) N/A

            Defendant(s) N/A

        2.  Court (if federal court, name the district; if state court, name the county)
            N/A

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _DRAPER CORRECTIONAL FACILITY, PO BOX 1107, ELMORE, ALABAMA, 36025_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _FRANK LEE YOUTH CENTER, PO BOX 220410, DEATSVILLE ALABAMA, 36022_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. MR. WINDOM MCGHEE, FRANK LEE YOUTH CENTER, PO BOX 220410, DEATSVILLE AL, 36022
2. MR. LEVAN THOMAS, FRANK LEE YOUTH CENTER, PO BOX 220410, DEATSVILLE AL, 36022
3. MR. JAMES H. DELOACH, DEPARTMENT OF CORRECTIONS, 301, S. RIPLEY ST, PO BOX 301501, MONTGOMERY AL, 36130
4. MR. RICHARD F. ALLEN, DEPARTMENT OF CORRECTIONS, 301, S. RIPLEY ST, PO BOX 301501, MONTGOMERY AL, 36130
5. MRS. TRACY DUNNICAN, FRANK LEE YOUTH CENTER, PO BOX 220410, DEATSVILLE AL, 36022
6. MR. VINCE HELMES, DRAPER CORRECTIONAL FACILITY, PO BOX 1107, ELMORE AL, 36025

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _During July, An Aug 12th And During August, September An on Going Think._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Due process, Violation of my 8th Ammendment Right_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Regulation #403, states when Form 225B Is served on Inmate serving officer is to complete Item 5, I have origional Disciplinary Form 225B, officer never completed Item 5 This Is violation on Due process, violation of my 8Th Ammendment Right.

GROUND TWO: Racial Discrimination

SUPPORTING FACTS: Officer, windom McGhee, made Racial Remarks at me the time I was at Frank lee youth Center, I was the only Inmate picked out of a crowed of Black inmates to pick up their cigarette Butts, I stated to officer McGhee That I Didnt smoke, officer mc.Ghee stated to me That I was Gonna pick up the cigarette Butts, Then called me a stupid white son of a Bita

GROUND THREE: Violation of prisoner Rights.

SUPPORTING FACTS: Violation of prisonor Rights, Being no Grievance or complaint process. Their is no way to put a complaint on an officer when he or she is violating your Rights.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Remove Disciplinary From My File
Give My Custody Back
Send me Back To An Honor Camp (RED EAGLE)

Christopher D. Hay
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/1/2007
(Date)

Christopher D. Hay
Signature of plaintiff(s)

Officer Windom McGhee Was very Racial to me the whole time i was at Frank LeeYouth Center,I was picked out of a big group of Black inmates to pick up their Cigarett buts,When i complained that i did not smoke i was called racial names.this went on everyday that he worked,When i went to SGT.Tracy Dunnican to complain about Officer Windom McGhee.I was told to get out of her face,When i asked for a Complaint,Grievance form i was told there was not one,I went to Warden Levan Thomas With all this i was told the samething When i told them that i was going to the Commissioner with how Officer Windom McGhee was treating me. He some how located a pair of state pants that was being died in ink,(**THIS INK IS CLOTHING STAMPOUT INK THAT ONLY PEOPLE WHO WORK IN CLOTHING HAS ACCESS TO,OR OFFICERS HAS ACCESS TO**)Officer Windom McGhee Issued me a Disciplnary For Intentionall creating a Security threat, or Health hazard,SGT.Tracy Dunnican.And WARDEN Levan Thomas had me transferred away from FrankLee Youth Center,I Wrote to Warden Levan Thomas asking him to investigate this,He never responded.Warden Levan Thomas Had Them to take my Custody,My Privledgs,And put me to work in the fields for 120 days. When i was served with the Disciplnary it was not completed,I went to LT.Helms about this he told me he couldnt do anything about it.(**WHICH IS NOT TRUE**)(((I requested a Officer for a witness Officer Windom McGhee said my witness wasnt coming.Officer Windom,McGhee Stated 3 different testimonies while under oath.I do have Documentation to prove this,He lied on all questions asked. i have Documentation to prove this,ive got Documentation to prove that im not guilty of this,All my pants was Accounted for.I can prove Officer Windom McGhee Set this up! I went to Commissioner Allen with this,I did receive a letter telling me to send my evidence to him(**I STILL HAVE LETTER**) I did send it, And received a letter back from ASSOCIATE COMMISSIONER James DeLoach telling me that Disciplnary will stay. Commissioner Richard Allen has no Grivence, Or Complaint proccess at any Instution. **I can prove all grounds to bE a A FACT!**

JEREMY C. NELSON# 249165
DRAPER CORR FACILITY
DORM #I2
PO BOX- 1107
ELMORE AL. 36025

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

UNITED STATES POSTAGE PITNEY BOWES $ 00.58 0004243890 NOV 15 2007 MAILED FROM ZIP CODE 36025

CLERKS OFFICE
UNITED STATES DIST COURT
PO BOX- 711
MONTGOMERY AL 36101-0711

LEGAL MAIL