## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Tracy Dunnican
   Frank Lee Youth Center
   PO Box 220410
   Deatsville, AL 36022

   07cv1012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Princene S. Dean*   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Princene S. Dean
C. Date of Delivery: 11/21/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 2229

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Windon McGhee
   Frank Lee Youth Center
   PO Box 220410
   Deatsville, AL 36022

   07cv1012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Princene S. Dean*   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Princene S. Dean
C. Date of Delivery: 11/21/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 2205

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Levan Thomas
   Frank Lee Youth Center
   PO Box 220410
   Deatsville, AL 36022

   07cv1012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Princene S. Dean*   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Princene S. Dean
C. Date of Delivery: 11/21/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 2212

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540