IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN                    DIVISION

Christopher Gay, AIS#253514

_____,    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )    CASE NO. CV-07-1012
                                     )
Windom McGhee,  et al.               )
                                     )
_____,    )
                                     )
        Defendants,                  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW ___McGhee/Dunnican/Thomas/DeLoach,___ a ___Defendant___ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]  This party is an individual, or

[ ]  This party is a governmental entity, or

[■]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | N/A |
|  |  |
|  |  |

12/21/2007
_____
Date

/s/ Neal P. Conner
_____
(Signature)

Neal P. Conner
_____
(Counsel's Name)

Levan Thomas, Tracy Dunnican, James H. DeLoach, Windom McGhee
_____
Counsel for (print names of all parties)
301 South Ripley Street
_____
Montgomery, AL 36130
_____
Address, City, State Zip Code
334-353-3890
_____
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, Neal P. Conner _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U. S. mail, postage prepaid _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21 _____ day of December _____ 20 07, to:

Christopher D. Gay, AIS#253514

Frank Lee Youth Facility

P. O. Box 220410

Deatsville, AL 36022


12/21/2007
_____
Date

/s/ Neal P. Conner
_____
Signature