IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER DANIEL GAY, ) | |
| AIS #253514, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-1012-MHT |
| ) | |
| WINDOM McGHEE, et al., ) | |
| ) | |
| Defendants ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendants on December 20, 2007 (Court Doc. No. 6), and in light of the special report and answer filed by the defendants on December 27, 2007 (Court Doc. No. 8), it is

ORDERED that the motion for extension of time be and is hereby DENIED as moot.

Done this 7th day of January, 2008.

                                            /s/ Susan Russ Walker
                                      SUSAN RUSS WALKER
                                      UNITED STATES MAGISTRATE JUDGE