# MOTION TO AMEND

1-6-2008

ChriSTOPheR DANiel GAY
PLAINTIFF,
V.
WiNDOM McGhee, et al.
DeFendanTS.

RECEIVED
2008 JAN -8 A 9:17
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Civil Action No: 2:07-CV-1012-MHT

Now Comes The Petitioner Christopher Daniel GAY. And Motions This Honorable District court OF The united STATES. MontGomery Alabama. To Amend Civil Action Suite To Submit Evidence. To Show This Honorable Court That Defendent's LIED. And Did NOT Investigate. And To Show This Honorable Court That MR. Windom McGhee LiEd while under OATh To Find me Guilty OF Disciplinary.

1/6/2008

Respectfully Submitted

Christopher D. Gay
Christopher Daniel GAY

TO:
DEFENDANTS COUNSEL

## CERTIFICATE OF SERVICE

I do hereby certify That on the 7th of ~~December~~ Co JANUARY 2008, I mailed A COPY OF These Forms TO Defendants counsel, Neal P. Connor AT The Below ADRESS,

Alabama DEPT OF CORRECTIONS
LEGAL Division
POST OFFICE BOX 301501
301, S, Ripley ST
MONTGOMERY AL 36130-1501

1/7/2008
RESPECTFULLY submitted
Christopher Gay
CHRISTOPHER D. GAY

ORIGINAL

ALDOC Form 225B

**ALABAMA DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT**

1. Inmate: **Gay, Christopher** Custody: **MIN** AIS: **W/253514**

2. Facility: **FRANK LEE YOUTH CENTER**

3. The above named inmate is being charged by **Windom McGhee, CO** with violation of rule number **# 62** specifically **Intentionally Creating a Security, Safety or Health Hazard** from regulation # **403** which occurred on or about **08/12/2007**, 2007 at (time) **5:45PM** (am / pm), Location: **mop storage area**. A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **On 8/12/07 you, inmate Christopher Gay W/253514 did have a pair state pants with your laundry #038 with a reddish/ blue tint in a mop bucket in the mop storage area outside of the kitchen rear exit door.**

Windom A McGhee
**Windom McGhee, CO**

13 Aug 07
Date

Arresting Officer / Signature / Rank

TEM 5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the ______ day of ______________, 2007, at (time) __________ (am/pm).

Serving Officer / Signature / Rank

Inmate's Signature / AIS Number

6. Witnesses desired? NO ______________________ YES ______________________
Inmate's Signature Inmate's Signature

7. If yes, list: ____________________________________________

8. Hearing Date ________________ Time ________________ Place ________________

9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is / is not) capable of representing himself.

Signature / Hearing Officer

11. Plea: ________________ Not Guilty ________________ Guilty

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

Signature / Hearing Officer

Appointment of Hearing Officer

Wardens will appoint a ALDOC employee to serve as Hearing Officer of any charge(s) brought against an inmate pursuant to AR 403. Wardens, personnel who have formed an opinion of the innocence or guilt of the charged inmate, Arresting Officer, and witnesses may not serve as Hearing Officer.

C. Investigation of Charges

The Wardens may, if he/she deems it necessary or advisable, order an investigation of the charges at the institutional level and a report to him/her or request an investigation by the Investigations and Intelligence (I & I) Division.

D. Preparation of Charges

ALDOC Form 225B, Disciplinary Report (Annex C) items 1-4 must be completed when the inmate is charged. If the inmate's actions in one incident violates various major or minor rules, then the Arresting Officer may use his/her discretion in which charges to bring. All offenses growing out of the same incident may be charged at the same time, using separate 225B forms for each charge. The charge(s) should be filed and served within ten (10) calendar days after the inmate is arrested or charged. If the charge is escape, the writer of the incident report will complete an incident report which will be notarized (See AR 302). It will include therein additional information such as contacts for evidence and testimony including law enforcement officers, free world witnesses, and ALDOC personnel.

E. Serving the Inmate with the Charge

The Form 225B completed through item five must be served by the Serving Officer on the inmate at least 24 hours before the schedule hearing. The Serving Officer will read the charges to the inmate. If the inmate refuses to sign for receipt of charges, then the Serving Officer will so indicate by "Refused to Sign" and sign Serving Officer's signature. The Serving Officer at this time will inform the accused inmate that he/she should prepare his/her testimony, in the form of a written statement, to be read by the inmate to the Hearing Officer during the hearing. After the inmate has been served a copy of 225B, a suspense copy will be placed in the inmate's institutional file.

F. Obtain Name of Witnesses Inmate wants at Hearing

At the time of service of charges on an inmate, the Serving Officer will advise the inmate of his/her right to call witnesses whose testimony will be relevant and whose presence will not

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

# ADOC INMATE PROPERTY SHEET - INSTITUTION

INSTITUTION: FLYC

INMATE NAME / AIS # Gray, Christopher W253514 DATE 12 Aug 07

**A. Indicate number of items in corresponding blank**

| Qty | Item | Qty | Item | Qty | Item |
|---|---|---|---|---|---|
| 3 | 1. Pants (3) | 0 | 14. Billfold/wallet (1) | 0 | 27. Soap (6 bars) |
| 2 | 2. Shirts (3) | 1 | 15. State ID Card | 0 | 28. Towels/Washcloths (2 each) |
| 0 | 3. Jacket (1) | 0 | 16. Mirror (1) | 0 | 29. Toothbrush/Tooth Paste/Tooth Powder (3 each) |
| 1 | 4. Belt (1) | 0 | 17. Cup (1) | 0 | 30. Nail Clipper (1) |
| 0 | 5. Cap / Toboggan (1) | 0 | 18. Lock (1) | 0 | 31. Toiletry / Hygiene (2 each) |
| 2 | 6. T-shirts (8) | 1 | 19. Books (4) | 0 | 32. Cosmetics |
| 3 | 7. Underwear (8) | 0 | 20. Legal Papers | 0 | 33. Fem Hygiene Products (36) |
| 2 | 8. Socks (8) | 0 | 21. Letters (12) | 0 | 34. Sheets (2) |
| | 9. Gym shorts (2) | 0 | 22. Stamps (40) | 0 | 35. Blanket (1) |
| 0 | 10. Thermal Underwear (2 sets) | 0 | 23. Stationary Pads (4) | 0 | 36. Pillowcase (1) |
| 0 | 11. Sweat suits (2 sets) | 0 | 24. Envelopes (50) | 1 | 37. Laundry Bag (1) |
| 0 | 12. Gloves (1 pair) | 10 | 25. Photographs (20) | | |
| 0 | 13. Shoe strings | | 26. Razor staff (1) | | |

**B. The following items require a brief description**

Shoes (name brand, size)

- Tennis Shoes (1 pair) FRANKLIN (White)
- Boots (1 pair) state

Jewelry (name brand / description, color, style)

- Watch ($25) 0
- Religious medallion/chain ($25) 0
- Wedding ring ($50) 0
- Studded earrings - females ($15) 0

Electronic Equipment (name brand, color, mfg. serial number)

- Radio & Headphones (1 set) 0

**C. Miscellaneous (i.e. Canteen items)**

1) ocean Breeze | 1) clear soap dish
3) bic | 1) story of God (Bible)
1) Toothbrush G/W |

**D. Stored Property**

You have thirty (30) calendar days from the above date to dispose of the following items. You may send the below items home by visitors, mail the items home at your expense, or donate the items to charity. If these items are not removed in thirty (30) days, they will be destroyed. Below are the items you are not authorized to keep.

0

[signature] INMATE SIGNATURE    [signature] WITNESS

ADOC Form 338-A – November 22, 2005



AR 338 – November 22, 2005

Prove DUE PROCESS

AlAbama Department of Correction Policy states SEC E Serving inmate with the charge: The Form 225B. Completed Through Item Five must be served by serving officer.

Item Five Was not And Is not Completed on Form 225B. I Have And will Enclude origional Form To This Court.

I Aired my complaint to every means Available. encluding The Commissioners office I will Also enclude letters From commissioners office To prove This.

NOTE,
PLAINTIFF IS SUEING IN BOTH OFFICIAL CAPACITY, And INDIVIDUAL CAPACITY.

1) Copy of Questions That were to show OFFICER. Windom McGhee Lied while under oath.

1)
On Origional Disciplinary Windom McGhee stated. That he Found A Pair of state pants In A mop Bucket outside of The kitchen Rear Exit Door. In A mop storage Area.

2)
on page 2. Testimony At Hearing. Windom McGhee stated That. He Found A Pair of state Issued pants. Soaking In A mop Bucket In The kitchen.

3) on page 3. They Find me Guilty That The pants were In A mop Bucket In The storage Area In Back of kitchen.

Everytime I proved That The pants couldn't Have been mine. The story was changed.

---

Questions That Mr. McGhee Lied on.

I Asked For A witness. Being Officer kenneth McMahon. He was not at Hearing.

On Exhibit A Questions. To Mr. McGhee At Hearing.

Officer Windom McGhee was Ask? The night of 8-12-07. The night That I left Frank Lee. How many pairs of pants Did I have? He Answed 3. The Reason This Question was Asked. Is To show That I still had The same 3 pair That Officer kenneth McMahon HAD Issued me when I Arrived At Frank Lee. In which I siGned For.





OFFICER windom McGhee WAS Then Asked what sise WAS The PANTS? He Thought They were sise 36. MY sise Is 32 TO 34.

OFFICER windom McGhee WAS Then Asked? ISNT The KiTChen Door locked. And The ONLY Time IT is unlocked. And opened An OFFicer Is presant? He Answed YES. The Reason This question was Asked Is To show That There Is no possible WAY That I could Get A mop Bucket with PANTS In IT OR AnyThing ELSE OUT ThaT Door without An OFFicer searching And knowing IT. When This Question WAS Asked. windom McGhee Changed His statement.

OFFICER windom McGhee WAS Then Asked? WAS he presant outside The kiTchen Door The same DAY IM Accused of Disciplinary searching Inmates. He Answered NO.

OFFICER windom McGhee WAS Then Asked? The same Evning Did He PAT me Down Befor I left out of BACK kiTchen Door? He Answered Yes. He Answered Earlier ThaT he WAS not presant. He LiED

OFFICER windom McGhee WAS Then Asked? How many Inmates HAVE ACCESS TO storage area? He Answed I Don't know. The Answer Is 288 INMATES.

FFICER, MC MANN. When I ARRived AT FRANK lee. You Processed me in. How many PaiRs OF PANTS was I Assigned? in which I Signed AN ENVETORY SHEET FOR.

NOT AT hearinG

Question ②

FFICER MC Ghee. The NiGHT OF 8-12-07. The NiGHT I left FRANK lee. how many PaiRs OF PANTS Did I have? 3

Question ③

FFICER. MC Ghee. What Size was The PANTS That You Found?

? 36 CG

Question ④

FFICER. MC Ghee. The EvninG I work is From 4:00 Am Till 6:00 Am which is The same Hours The 2nd shift Kitchen WORKERS work. isn't The side Kitchen Door locked Do To INMATES stealing Food. isn't The only Time it's open? An officer is present.

Yes.

Question ⑤

FFICER MC Ghee. The EvninG That im Accused OF This DISIPLINARY wasn't You Present outside The Kitchen Door searching INMATES

NO.

Question ⑥

FFICER MC Ghee. The EvninG That im Accused OF This DISIPLINARY didn't I Go To WATER vAlve on outside wall of Closet. Turn on The WATER. Wash out 3 Mops. Then spray Doch OFF. then You PADDED me Down Then I left.

Yes

Question ⑦

FFICER MC Ghee. Isn't it True That The Dining Room cleaners is The last [illegible] To put AWAY The Mop Buckets?

NO

I [illegible]

ficer, McGhee. how many INMATES have Access TO Closet ?

I don't know

ficer, Mc.Ghee. Isn't The Main Administrative Door Beside
ie Closet ?

Irrelevant

Ficer Mc.Mann Don't I Volunteer The whole 1st shift
aking care of Native American Grounds? And work hard at
r?

Not At Hearing – Has no knowledge

m A Cleaner. The Kitchen steward Gets My supplies
or me. I only have Access to Cleaning stuff.

I don't know

ve Got 1yr 4 Months Till I Go home.

~~Eve Got 3 Kids And A New Born Baby.~~

I was Going To The Squad in 30 Days To work At Food Bank.

I was Going To Work Release in 3 To 6 Months.

My Mom owns A law Firm in Talladega. she is Running For
[illegible] women. It would Mess her up.

why would I Trade 14 MTS For 30 YRS

ChRiSTOPheR D. GAY # 253514
DRAPER, CORR, FACiliTY, Dorm I2-48A
PO BOX 1107
ELMore AL. 36025

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

UNITED STATES POSTAGE
PITNEY BOWES
02 1M $ 00.58[0]
0004243890 JAN 07 2008
MAILED FROM ZIP CODE 36025

Clerks Office
United States Dist Court
PO BOX. 711
Montgomery AL. 36101-0711

LEGAl MAil

36101+0711-11 B007