IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER DANIEL GAY, ) | |
| AIS #253514, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-1012-MHT |
| ) | |
| WINDOM McGHEE, et al., ) | |
| ) | |
| Defendants ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on January 8, 2008 (Court Doc. No. 11), which the court construes as a motion to submit evidentiary materials in response to the defendants' special report, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 8th day of January, 2008.

　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE