# Motion To Amend

2008 JAN 14 A 9 33

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Christopher Daniel Gay
Ais# 253514
    vs.

                    Civil Action No# 2:07-CV-1012-MHT

Windome McGhee, et al.
    Defendants

Now comes Plaintiff Christopher Daniel Gay and motions this honorable court to amend civil suite. Note: Also let the record show on the Special Report form that was received from defendants counsel on page 1. It states that incident accured at Red Eagle Honor Farm. Which is wrong. And on page 4 of the Special Report. According to Commissioner DeLoach's investigation that I was cought hiding a pair of state pants. Which is not true. And this makes a 4th statement from defendants. And which is changed each time. Please look at investigative results on page 4.

                    Respectfully submitted
                    Christopher D. Gay
                    Christopher Daniel Gay

ChRisTopheR D. Gay # 253514
D.C.C. Dorm I2-49A
PO Box 1107
ELMore AL. 36025

MONTGOMERY AL 361
11 JAN 2008 PM 4 L


USA First-Class

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

36101+0711

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

OFFICIAL BUSINESS

```
                                          )
                     2008 JAN 14  A 4:33  )
                                          )
Christopher Daniel Gay                    )
AIS# 253514    U.S. DISTRICT COURT        )
     PLAINTIFF MIDDLE DISTRICT ALA        ) Civil Action No. 2:07-CV-1012-MHT
                                          )
           vs.                            )
                                          )
Windome McGhee, et al.,                   )
     Defendants                           )
                                          )
```

NOW COMES PLAINTIFF IN THE ABOVE STYLE CASE. AND SUBMITTS A SWORN STATEMENT. THAT THE STATEMENT THAT PLAINTIFF CHRISTOPHER D. GAY MAKES IN THE ABOVE CASE IS TRUE. AND I DO SWARE THIS UNDER PENALTY OF PERJURY. THAT WHILE AT FRANK LEE YOUTH CENTER. OFFICER WINDOM MCGHEE WAS RACIAL TO ME. HE CURSED ME. I WAS MADE TO PICK UP CIGARETTE BUTTS FOR SPITE. I WAS SET UP ON A BOGUS DISCIPLINARY WHEN I DID COMPLAIN. TO SGT. DUNNICAN. AND WARDEN THOMAS. WHEN I PROVED HE LIED, MCGHEE DID CHANGE HIS STATEMENT TWO TIMES. I DID PROVE THE PANTS WERE NOT MINE. ALL OF MY STATE ISSUED PANTS WERE ACCOUNTED FOR. I REQUESTED A GRIEVANCE, BUT NONE WAS IN PLACE. I THEN AIRED MY COMPLAINT TO. WARDEN THOMAS, SGT DUNNICAN, AND I REQUESTED AN INVESTIGATION TO THE COMMISSIONERS OFFICE. I WAS ALSO DENIED MY WITNESS. I WAS SERVED A DISCIPLINARY THAT ACCORDING TO ALABAMA DEPARTMENT OF

Corrections Policy. And Regulation states under Regulation #403. Under Section E. That Disciplinary Form. 22B Must Be Completed when served on the Inmate. Section E was not complete. The Court Has Original copy to show that. According to Policy. This is Due Process. This Issue was Aired. And a letter was written to Commissioner Allen. But I Received a Response From Associate Commissioner Delouch. He Did Nothing as Far As Investigating the Facts. My Whole Complaint Was mailed to Delouch. In which when I Get copys made I will Furnish them in to Evidence. Note %: The Reason This is a Sworn Statement. And is not Notorised. Notary Here at Draper Correctional Facility. Is Done By Sgt. King on Tuesdays and Thursdays From 12:30pm till 1:00pm. I am on the Farm During those Hours. And I can't get anything Notorised Based on This Fact. Thank you very Much.

1-10-2008
Respectfully Submitted
Christopher D. Gay
Christopher Daniel Gay
Ais# 253514
Plaintiff

Witnessed X Justin Adams

Christopher Daniel Gay
AIS# 253514
Civil Action No# 2:07-CV-1012-MHT

## Certificate of Service

I do Hereby Certify that on January 10th 2008 Plaintiff Christopher Daniel Gay did mail an exact copy, to Defendants Counsel at The Below Adress

                     Neal P. Connor
                     Assistant General Counsel
                     Alabama Dept of Corr
                     Legal Division
                     Post Office Box, 301501
                     301. South Ripley St
                     Montgomery AL. 36022

                     Respectfully Submitted
                     _Christopher D. Gay_
                     Christopher Daniel Gay