# MOTION FOR JURY TRIAL

# 253514

Christopher Daniel Gay
    Plaintiff

                         Civil Action

      VS           Case No # 2:00-cv-1012-MHt

                             2:07cv 1012-MHT

Windom McGhee, et al.
    Defendants

Comes Now Christopher Daniel Gay, I
Plaintiff in The Above Action suite,
And Motions This Honorable Court
For A Jury of peers To Hear, And
Decide This Civil suite.

                1-21-08
            Respectfully submitted

          Christopher D. Gay

SCANNED

1 of 3

||

Christopher Daniel Gay )
    Plaintiff )
     )    CASE NO
    Vs )    CV-07-1012-MHT
     )
Windom McGhee, et, al )

## CERTIFICATE OF SERVICE

I do Hereby Certify That on The 22nd
day of January, 2008, I sent A copy
of Motion By Mail To Defendants
Counsel, MR. Neal P. Connor

1·22·08
Respectfully submitted
Chris D. Gay

Sent To   Neal P Connor
            Dept of Corr
            Legal Dept
            301. S. Ripley St Box 30150
            Montgomery Al,
                 36130

ChRistopheR D. GAY # 257374
D.C.C · Doom - I2-49A
PO BOX -1107
ELmore AL, 36025

LEGAL MAIL

This correspondence
from an Alabama State Prison. The contents
are not evaluated and the Alabama
is not responsible
contents of the enclosed
communication.



UNITED STATES POSTAGE
PITNEY BOWES
02 1M          $ 00.41⁰
0004243890    JAN 22 2008
MAILED FROM ZIP CODE 36025

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
P.O. BOX 711
**MONTGOMERY, ALABAMA 36101-0711**

OFFICIAL BUSINESS

36101+0711