IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER DANIEL GAY, <br> AIS #253514, <br>     Plaintiff, <br>     v. <br> WINDOM McGHEE, et al., <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:07-CV-1012-MHT <br> ) <br> ) <br> ) <br> ) |

**ORDER ON MOTION**

Upon consideration of the motion for jury trial filed by the plaintiff on January 23, 2008 (Court Doc. No. 15), and for good cause, it is

ORDERED that:

1. To the extent the plaintiff seeks leave to submit a jury demand, this motion be and is hereby GRANTED. The Clerk is hereby DIRECTED to enter this document on the docket as a demand for jury trial.

2. To the extent the plaintiff seeks immediate scheduling of this case for trial, this motion be and is hereby DENIED.

Done this 24th day of January, 2008.

                                      /s/ Susan Russ Walker
                                  SUSAN RUSS WALKER
                                  UNITED STATES MAGISTRATE JUDGE