# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER DANIEL GAY,** ) | |
| **AIS# 253514,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 2:07cv1012-MHT** |
| ) | **(WO)** |
| **WINDOM MCGHEE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

On August 26, 2009 (Doc. # 18), the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that:

(1)   The recommendation of the magistrate judge (Doc. # 18) is adopted.

(2)   The defendants' motion for summary judgment (Doc. # 8) is granted.

DONE, this the 22nd day of September, 2009.

　　　　　　　　　　　　　　　　  /s/ Myron H. Thompson  
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**