IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER DANIEL GAY,** ) | |
| **AIS# 253514,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 2:07cv1012-MHT** |
| ) | **(WO)** |
| **WINDOM MCGHEE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions, and orders entered in this case, it is ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff, with the plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against the plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 22nd day of September, 2009.

　　　　　　　　　　　　　/s/  Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**